AVSANNA KRADJIAN et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 36624.)

Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur. [27 Misc 2d 186.]